IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 8:57 am, Oct 26, 2017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. 4:16CR00145-1 |
| | ) | |
| TERRANCE SCOTT | ) | |

## ORDER

The United States Attorney for the Southern District of Georgia has now filed a motion for reduction of sentence pursuant to Federal Rules of Criminal Procedure 35(b). On October 26, 2016, the Court sentenced the Defendant to forty-six (46) months custody of the Bureau of Prisons, three (3) years supervised release, and a $100 special assessment.

Upon receiving the motion, the Court heard from both the Government's attorney and defense counsel on the Defendant's substantial assistance. All relevant issues and information were discussed, and the Court found no need for the Defendant to be present for a hearing on the matter.

The Court has necessarily considered the Defendant's conduct while in the custody of the Bureau of Prisons. After reviewing the motion and upon advice from the United States Probation Office, the Government's motion for a reduction of the sentence of imprisonment imposed in the Defendant's case pursuant to Federal Rules of Criminal Procedure 35(b) is hereby **GRANTED.**

It is the judgment of this Court that the sentence of imprisonment imposed on October 26, 2016, is hereby reduced from forty-six (46) months to thirty-six (36) months imprisonment. All other terms shall remain in effect as originally imposed on October 26, 2016.

**SO ORDERED** this 26 day of October, 2017.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE