IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 416-145 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRENCE SCOTT | ) | |

ORDER

The Court previously reduced Mr. Scott's sentence following the Government's Rule 35 Motion. Mr. Scott moves for an additional reduction (Dkt.# 39). Said Motion is DENIED, as all relevant considerations are taken into account in the latest reduction.

So ORDERED, this 14 day of November, 2017.

HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA