IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| Terrance Scott | ) | CASE NO.: 4:16CR00145-1 |

## ORDER

On October 26, 2016, the Court sentenced Defendant to forty-six (46) months custody following his guilty plea to possession with intent to distribute heroin. On October 26, 2017, the Court granted a motion from the Government to reduce Defendant's sentence pursuant to Federal Rules of Criminal Procedure 35(b). The Court reduced Defendant's sentence to thirty-six (36) months imprisonment.

The Court has since received a letter from Defendant requesting a more generous sentence reduction in response to the Government's Rule 35 motion. Defendant's letter, which has been filed as a motion, is construed as a Motion for Reconsideration.

Defendant's Motion for Reconsideration is **DENIED**. The Court finds no reason to further reduce Defendant's sentence.

SO ORDERED, this 14 day of November, 2017.

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE